

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00307-CV

**AUTOZONE, INC.** and Autozoners, L.L.C.,
Appellants

v.

Mario **FLORES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-6
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  September 9, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. Appellant's counsel has certified that she has conferred with opposing counsel who does not oppose the motion. Accordingly, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). All costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM